*Sand Dollar Partners LLC v. Islet Sciences Incorporated, et al.*
U.S. District Court Case No. 3:12-cv-02969-MMA-RBB

## CERTIFICATE OF SERVICE

I declare as follows: I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of Butz Dunn & DeSantis, A Professional Corporation, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 101 W. Broadway, Suite 1700, San Diego, CA 92101.

I caused the following documents:

1. **ANSWER OF DEFENDANTS MICHAEL J. KINKELAAR AND PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

**DEMAND FOR JURY TRIAL**

to be served via:

☒ **USDC Live System-Document Filing System:** By electronic notice to all interested parties registered with the Court to receive electronic notification.

☐ **U.S. Mail:** By placing such a copy enclosed in a sealed envelope, postage thereon fully prepaid, in the United States Postal Service for collection and mailing this day in accordance with ordinary business practices at Butz Dunn & DeSantis.

☐ **FedEx:** By consigning such a copy to an overnight courier for guaranteed next day delivery.

☐ **Facsimile:** By consigning such a copy to a facsimile operator for transmittal on this date to the addressee(s) listed below.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 28, 2013 at San Diego, California.

*/s/ Melinda Perea*
Melinda Perea

SERVICE LIST

Sand Dollar Partners LLC v. Islet Sciences Incorporated et al.
Case No. 3:12-cv-02969-MMA-RBB

| | |
|---|---|
| Michael J. Rusing<br>Todd McCabe Hardy, Esq.<br>Rusing Lopez & Lizardi, PLLC<br>6363 N. Swan Road, Suite 151<br>Tucson, AZ 85718<br>T: (520) 792-4800/F: (520) 529-4262<br>thardy@rllaz.com<br>Attorneys for Plaintiff Sand Dollar Partners LLC | William J. Maledon, Esq.<br>Geoffrey M.T. Sturr, esq.<br>Osborn Maledon PA<br>2929 North Central Avenue, Suite 2100<br>Phoenix, AZ 85012<br>T: (602) 640-9377/F: (602) 640-6046<br>wmaledon@omlaw.com<br>gsturr@omlaw.com<br>Attorneys for Procopio, Cory, Hargreaves and Savitch LLP; Michael J. Kinkelaar and John C. O'Neill |
| Bruce R. Heurlin, Esq.<br>Catherine North Hounfodji<br>Heurlin Sherlock Laird<br>1636 N. Swan Road, Suite 200<br>Tucson, AZ 85712-4096<br>bheurlin@HSLazlaw.com<br>chounfodji@hslazlaw.com<br>T: (520) 319-1200/F: (520) 319-1221<br>Attorneys for Defendant Islet Sciences Incorporated and John Steel | Michael L. Kirby<br>Kirby Noonan Lance & Hoge LLP<br>Diamond View Tower<br>350 Tenth Avenue, Suite 1300<br>San Diego, CA 92101<br>T:(619) 231-8666/F: (619) 231-9593<br>mkriby@knlh.com<br>Attorneys for Defendant Islet Sciences Incorporated and John Steel<br><br>Lawrence A. Steckman, Esq.<br>Eaton & Van Winkle LLP<br>3 Park Avenue<br>New York, NY 10116<br>T: (646) 821-9367<br>Pro Hac Hive for<br>Defendant Islet Sciences Incorporated and John Steel |