**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SAND DOLLAR PARTNERS v. ISLET SCIENCES     Case No. 12cv2969 MMA(RBB)
**Time Spent: 4 hrs. 5 mins.**

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr. CD 1: 5:15:00-5:32:00

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Michael Rusing (present) | Douglas Butz (present) |
|  | Michael Kirby (present) |
|  | Joy Shedlosky (present) |

PROCEEDINGS: ___ In Chambers   _x_ In Court   ___ Telephonic

An early neutral evaluation conference was held.

The parties reached a conditional settlement.

A telephonic attorneys-only case management conference is set for October 21, 2013, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: September 11, 2013    IT IS SO ORDERED: _Ruben Brooks_
                                                  Ruben B. Brooks,
                                                U.S. Magistrate Judge

cc: Judge Anello                          INITIALS: VL (mg) Deputy
    All Parties of Record