RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Todd M. Hardy; thardy@rllaz.com
California State Bar No. 223581
Michael J. Rusing; mrusing@rllaz.com
Arizona State Bar No. 006617 *Pro Hac Vice anticipated*
Attorneys for Plaintiff Sand Dollar Partners, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sand Dollar Partners, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br>v.<br><br>Islet Sciences, Inc., a Delaware corporation; John Steel, an individual; Dan Rhodes, an individual; Jonathan Lakey an individual; Procopio, Cory, Hargreaves, and Savitch, L.L.P., a California limited liability partnership; Michael J. Kinkelaar an individual; John C. O'Neill, an individual; Does 1-10, fictitious individuals; ABC Business Entities 1-10, fictitious business entities,<br><br>Defendants. | No. 3:12-cv-02969 MMA (RBB)<br><br>**NOTICE OF FILING CONSENT TO SETTLEMENT** |

Plaintiff Sand Dollar Partners, L.L.C. ("Sand Dollar") hereby gives notice of filing the attached Consent to Settlement.

///

///

///

DATED this 13th day of September, 2013.

                                      RUSING LOPEZ & LIZARDI, P.L.L.C.

                                      s/ Michael J. Rusing
                                      Michael J. Rusing
                                      *Attorney for Plaintiff Sand Dollar Partners, LLC*
                                      Email: mrusing@rllaz.com

RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Rd., Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Todd M. Hardy; thardy@rllaz.com
California State Bar No. 223581
Michael J. Rusing; mrusing@rllaz.com
Arizona State Bar No. 006617 *Pro Hac Vice anticipated*
Attorneys for Plaintiff Sand Dollar Partners, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sand Dollar Partners, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br>v.<br><br>Islet Sciences, Inc., a Delaware corporation; John Steel, an individual; Dan Rhodes, an individual; Jonathan Lakey an individual; Procopio, Cory, Hargreaves, and Savitch, L.L.P., a California limited liability partnership; Michael J. Kinkelaar an individual; John C. O'Neill, an individual; Does 1-10, fictitious individuals; ABC Business Entities 1-10, fictitious business entities,<br><br>Defendants. | No. 3:12-cv-02969 MMA (RBB)<br><br>**PLAINTIFF'S CONSENT TO SETTLEMENT** |

Plaintiff Sand Dollar Partners, L.L.C. hereby agrees to the settlement terms of this litigation as memorialized in the court record on September 11, 2013.

DATED this 12th day of September, 2013.

By: JOHN (JACK) NEUBECK
Its: MANAGING MEMBER