# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September 2013, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system.

| | |
|---|---|
| Bruce R. Huerlin, Esq.<br>Catherine North Nounfodji, Esq.<br>Heurlin Sherlock Laird<br>1636 N. Swan Road, Ste. 200<br>Tucson, AZ 85712-4096<br>bheurlin@hslazlaw.com<br>chounfodji@hslazlaw.com<br>*Attorneys for Islet Sciences Incorporated and John Steel and Jonathan Lakey* | Michael L. Kirby<br>Kirby Noonan Lance and Hoge LLP<br>Diamond View Towers<br>350 Tenth Avenue, Suite 1300<br>San Diego, CA 92101<br>F: (619( 231-9593<br>mkirby@knlh.com<br>*Attorneys for Defendants Islet Sciences Incorporated and John Steel* |
| Lawrence A. Steckman, Esq.<br>Eaton & Van Winkle, LLP<br>3 Park Avenue<br>New York, NY 10016<br>lsteckman@evw.com<br>*Attorneys for Defendants Islet Sciences Incorporated and John Steel and Jonathan Lakey* | Douglas M. Butz, Esq.<br>Butz Dunn & Desantis, PC<br>101 West Broadway, Ste. 1700<br>San Diego, CA 92101-8289<br>dbutz@butzdunn.com<br>*Attorneys for Procopio, Cory Hargreaves an Savitch LLP, Michael J. Kinkelaar and John C. O'Neill* |

/s/ Michael J. Rusing