Michael L. Kirby (50895)
mkirby@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Lawrence A. Steckman (Pro Hac Vice)
lsteckman@evw.com
**EATON & VAN WINKLE LLP**
3 Park Avenue
New York, NY 10016
Telephone: (212) 779-9910
Facsimile: (212) 779-9928

Attorneys for Defendants Islet Sciences, Inc., John Steel
and Jonathan Lakey

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAND DOLLAR PARTNERS, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ISLET SCIENCES, INC., a Delaware corporation; JOHN STEEL, an individual; DAN RHODES, an individual; JONATHAN LAKEY, an individual; PROCOPIO, CORY, HARGREAVES, and SAVITCH, L.L.P., a California limited liability partnership; MICHAEL J. KINKELAAR, an individual; DOES 1-10, fictitious individuals; ABC Business Entities 1-10, fictitious business entities,<br><br>Defendants. | Case No. 12 CV 02969 MMA (RRB)<br><br>**NOTICE OF ACCEPTANCE AND APPROVALS OF SETTLEMENT TERMS** |

As evidenced by the signatures on the attached Exhibit A, Defendants Islet Sciences, Inc, John Steel and Jonathan Lakey have each reviewed and approved the terms of the settlement reached by the parties and counsel, and read into the record, during the Early Neutral Evaluation Conference held with United States Magistrate Judge Ruben B. Brooks on September 11, 2013. That settlement was conditioned

upon obtaining approvals by certain parties, and the parties were directed to e-file proof of those approvals, which is being done with this e-filing to confirm the approvals by defendants Islet Sciences, Inc., John Steel and Jonathan Lakey to the settlement terms reached by Islet Sciences, Inc. with Plaintiff, and the separate settlement reached and recited on the record between the defendants. This Notice will also confirm that Defendants Islet Sciences, Inc., John Steel and Jonathan Lakey also consent to Magistrate Judge Ruben B. Brooks having continuing jurisdiction to enforce the settlement and to hear and resolve any disputes arising under the settlement.

DATED: September 13, 2013

KIRBY NOONAN LANCE & HOGE LLP
And
EATON & VAN WINKLE LLP

By: /s/ *Michael L. Kirby*
    Michael L. Kirby
    Attorneys for Defendants Islet Sciences,
    Inc., John Steel, and and Jonathan Lakey

# EXHIBIT A

Each of the undersigned defendants in this action have conferred with their attorneys of record, Michael L. Kirby and Lawrence A. Steckman, and each has now had the terms of the proposed settlement reached during the Early Neutral Evaluation Conference held on September 11, 2013 described and explained to them. The Board of Directors of Islet Sciences, Inc. held a special meeting on the morning of September 12, 2013 to consider the proposed settlement and unanimously approved the settlement terms on behalf of the corporation. The Board has authorized Joel Perlin, a Vice President of the corporation to execute the necessary documents on behalf of Islet Sciences, Inc. John Steel and Jonathan Lakey participated in that Board of Directors meeting. By the signature below of its Vice-President, Joel Perlin, Defendant Islet Sciences, Inc. hereby confirms its acceptance and agreement to the settlement terms reached on its behalf on September 11, 2013 in this case. In addition, individual Defendants John Steel and Jonathan Lakey have also attached their signatures below confirming they are aware of the settlement made by Islet Sciences, Inc. and approve of that settlement.

DATED: September 12, 2013

ISLET SCIENCES, INC.

By: _____
Joel Perlin, its Vice-President

DATED: September 12, 2013

_____
John Steel

DATED: September 12, 2013

_____
Jonathan Lakey