Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

# PROOF OF SERVICE

*Sand dollar Partners, L.L.C. v. Islet Sciences, Inc., et al.*
USDC, So. District of California
Case No. 3:12 cv 02969 MMA (RRB)

    I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700.

    On September 13, 2013, at San Diego, California, I served the following document described as **NOTICE OF ACCEPTANCE AND APPROVALS OF SETTLEMENT TERMS** on the parties in said action as follows:

## SEE ATTACHED SERVICE LIST

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the , using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court at whose direction the service was made.

Executed on September 13, 2013, at San Diego, California.


                                         /s/ Michael L. Kirby

KNLH\1166249.1

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

# SERVICE LIST
## Sand Dollar v Islet
## 3:12-cv-02969 MMA (RRB)

| | |
|---|---|
| Michael Rusing (PHV anticipated)<br>mrusing@rllaz.com<br>RUSING LOPEZ & LIZARDI, PLLC<br>6363 North Swan Road, Suite 151<br>Tucson, Arizona 85718<br>Ph: 520-792-4800<br>Fx: 520-529-4262 | Attorneys for Plaintiff<br>Sand Dollar Partners, LLC |
| Douglas M. Butz<br>dbutz@butzdunn.com<br>Joy Shedlosy<br>jshedlosky@ButzDunn.com<br>BUTZ DUNN & DESANTIS, APC<br>101 West Broadway, Suite 1700<br>San Diego, CA 92101-8289<br>Ph: 619-233-4777<br>Fx: 619-231-0341 | Attorneys for Defendants<br>Procopio, Cory, Hargreaves & Savitch,<br>LLP, and Michael J. Kinkelaar |
| Lawrence A. Steckman (PHV)<br>lsteckman@evw.com<br>EATON & VAN WINKLE LLP<br>3 Park Avenue<br>New York, NY 10016<br>Telephone: 646-821-9367<br>Facsimile: 212 779 9928 | Attorneys for Defendants Islet Sciences,<br>Inc., John Steel and Jonathan Lakey |