**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SAND DOLLAR PARTNERS v. ISLET SCIENCESCase No. 12cv2969 MMA(RBB)
**Time Spent: 20 mins.**

HON. RUBEN B. BROOKSCT. DEPUTY VICKY LEERptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Michael Rusing (present) | Douglas Butz |
| Tim Reckart (present) | Michael Kirby (present) |
| Patricia Victory (present) | Joy Shedlosky (present) |

PROCEEDINGS:____ In Chambers____ In Court__x__ Telephonic

A telephonic attorneys-only settlement disposition conference was held.

A settlement conference is set for February 21, 2014, at 10:00 a.m.

**All parties and counsel shall be present at the conference before Judge Brooks, 221 West Broadway, Courtroom 2C, San Diego, California. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

Settlement conference briefs are to be lodged with the chambers of Magistrate Judge Ruben B. Brooks on or before February 14, 2014.

DATE: January 16, 2014IT IS SO ORDERED: *[signature]*
Ruben B. Brooks,
U.S. Magistrate Judge

cc:Judge AnelloINITIALS: VL (mg) Deputy
All Parties of Record

I:\Chambers Brooks\CASES\SANDDOLLAR2969\Minute05.wpd