Douglas M. Butz, Esq. (SBN 060722)
Joy L. Shedlosky, Esq. (SBN 260048)
BUTZ DUNN & DESANTIS
101 West Broadway, Suite 1700
San Diego, California 92101-8289
T: (619) 233-4777 / F: (619) 231-0341

Attorneys for Defendants Procopio, Cory, Hargreaves & Savitch LLP, Michael J. Kinkelaar

Michael J. Rusing, Esq.
Patricia L. Victory, Esq.
RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 N. Swan Road, Suite 151
Tucson, AZ 85718
T: (520) 792-4800/F: (520) 529-4262

Attorneys for Plaintiff Sand Dollar Partners, LLC

Michael L. Kirby, Esq.
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
T: (619) 231-8666/F: (619) 231-9593

Attorneys for Defendants Islet Sciences, Inc., John Steel, and Jonathan Lakey

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sand Dollar Partners, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br>v.<br><br>Islet Sciences, Inc., a Delaware corporation; John Steel, an individual; Dan Rhodes, an individual; Jonathan Lakey an individual; Procopio, Cory, Hargreaves, and Savitch, L.L.P., a California limited liability partnership; Michael J. Kinkelaar an individual; John C. O'Neill, an individual; Does 1-10, fictitious individuals; ABC Business Entities 1-10, fictitious business entities,<br><br>Defendants. | No. 3:12-cv-02969 MMA (RBB)<br><br>**JOINT MOTION TO DISMISS THE PROCOPIO DEFENDANTS WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Plaintiff Sand Dollar Partners, LLC (hereinafter "Plaintiff"), Defendants Islet Sciences, Inc., John Steel, and Jonathan Lakey (collectively hereinafter "the Islet Defendants") and Defendants Michael J. Kinkelaar and Procopio, Cory, Hargreaves & Savitch LLP (collectively hereinafter "the Procopio Defendants"), by and through their respective counsel of record, jointly move and hereby stipulate to the dismissal, with prejudice, of Plaintiff's Second Amended Complaint as to the Procopio Defendants. This Motion is made with reference to the following stipulated facts:

- On September 11, 2013, the parties to the instant Motion entered a contingent settlement agreement into the record before U.S. Magistrate Ruben B. Brooks.
- The terms of the contingent settlement agreement were subsequently set forth in the document "SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE OF ALL CLAIMS" (hereinafter "the Settlement Agreement").
- The Settlement Agreement contains severable agreements among the parties as follows: (1) by and between Sand Dollar and the Procopio Defendants, (2) by and between the Islet Defendants the Procopio Defendants, and (3) by and between Sand Dollar and the Islet Defendants. This Motion to Dismiss is brought pursuant only to those severable agreements by and between Sand Dollar and the Procopio Defendants and by and between the Islet Defendants and the Procopio Defendants.
- The Settlement Agreement provides, in relevant part, as follows: "Immediately upon the delivery to Sand Dollar of $125,000.00, the Procopio Defendants shall be unconditionally and forever dismissed with prejudice and released from the Subject Litigation."
- On October 31, 2013, counsel for the Procopio Defendants delivered payment of $125,000.00 to counsel for Plaintiff, thereby satisfying, in full, the Procopio Defendants' obligations to Plaintiff under the Settlement Agreement.

WHEREFORE, the parties hereto request that this Motion be granted and that the Procopio Defendants be dismissed from this case with prejudice. Fees and costs for Plaintiff's Second Amended Complaint as to the Procopio Defendants are to be borne by each party pursuant to the terms of the Settlement Agreement.

DATED: FEBRUARY 10, 2014  RUSING LOPEZ & LIZARDI, P.L.L.C.

By: /s/ Mick Rusing
Mick Rusing
Patricia Victory
*Attorneys for Plaintiff Sand Dollar Partners, LLC*

DATED: FEBRUARY 10, 2014  BUTZ DUNN & DESANTIS

By: /s/ Douglas M. Butz
Douglas M. Butz
Joy L. Shedlosky
*Attorneys for Defendants Procopio, Cory, Hargreaves & Savitch LLP and Michael J. Kinkelaar*

DATED: FEBRUARY 10, 2014  EATON & VAN WINKLE, LLP
Lawrence A. Steckman *(pro hac vice)*

By: /s/ Michael L. Kirby
Michael L. Kirby
*Attorneys for Defendants Islet Sciences, Inc., John Steel, and Jonathan Lakey*