# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sand Dollar Partners, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Islet Sciences, Inc., et al.,<br><br>Defendants. | No. 3:12-cv-02969 MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE PROCOPIO DEFENDANTS WITH PREJUDICE**<br><br>[Doc. No. 73] |

Currently pending before this Court is the Joint Motion to Dismiss filed by Plaintiff Sand Dollar Partners, LLC (hereinafter "Plaintiff"), Defendants Islet Sciences, Inc., John Steel, and Jonathan Lakey (collectively hereinafter "the Islet Defendants") and Defendants Michael J. Kinkelaar and Procopio, Cory, Hargreaves & Savitch LLP (collectively hereinafter "the Procopio Defendants").

Upon due consideration, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES with prejudice** Defendants Michael J. Kinkelaar and

Procopio, Cory, Hargreaves & Savitch LLP only.  Fees and costs for Plaintiff's Second Amended Complaint as to the Procopio Defendants are to be borne by each party pursuant to the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

DATE: February 13, 2014

_/s/ Michael M. Anello_

Hon. Michael M. Anello
United States District Judge