## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>SAND DOLLAR PARTNERS</u> v. <u>ISLET SCIENCES</u>     Case No. <u>12cv2969 MMA(RBB)</u>
**Time Spent: 3 hrs.**

<u>HON. RUBEN B. BROOKS</u>     <u>CT. DEPUTY VICKY LEE</u>     <u>          </u> Rptr.

<u>                    Attorneys                    </u>

| Plaintiffs | Defendants |
|---|---|
| Michael Rusing | Michael Kirby (present) |
| Tim Reckart (present) | |
| Patricia Victory (present) | |

PROCEEDINGS:     \_\_\_\_ In Chambers     <u> x </u> In Court     \_\_\_\_ Telephonic

A settlement conference was held.

A telephonic attorneys-only case management conference is set for April 14, 2014, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: <u>February 21, 2014</u>     IT IS SO ORDERED:     *Ruben Brooks*
                                                        Ruben B. Brooks,
                                                        U.S. Magistrate Judge

cc:   Judge Anello                    INITIALS: <u>VL (mg)</u> Deputy
      All Parties of Record

I:\Chambers Brooks\CASES\SANDDOLLAR2969\Minute07.wpd