UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAND DOLLAR PARTNERS, L.L.C., an Arizona limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ISLET SCIENCES, INC., a Delaware corporation; JOHN STEEL, an individual; DAN RHODES, an individual; JONATHAN LAKEY, an individual; PROCOPIO, CORY, HARGREAVES, AND SAVITCH, L.L.P., a California limited liability partnership; MICHAEL J. KINKELAAR, an individual; DOES 1-10, fictitious individuals; ABC BUSINESS ENTITIES 1-10, fictitious business entities, <br><br> Defendants. | Civil No. 12cv2969 MMA(RBB) <br><br> ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE |

On February 21, 2014, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

2. The rule 26(f) conference shall be completed on or before March 17, 2014.

3. A joint discovery plan shall be lodged with Magistrate Judge Brooks on or before March 27, 2014.

4. The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before March 31, 2014.

5. A telephonic case management conference is set for April 14, 2014, at 8:00 a.m. Counsel for Plaintiff is to initiate the call.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: February 24, 2014

Ruben B. Brooks
United States Magistrate Judge

cc:
Judge Anello
All Parties of Record