**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Patricia L. Victory; pvictory@rllaz.com
California State Bar No. 240114
Michael J. Rusing; mrusing@rllaz.com
Arizona State Bar No. 006617 *admitted Pro Hac Vice*
Attorneys for Plaintiff Sand Dollar Partners, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sand Dollar Partners, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Islet Sciences, Inc., a Delaware corporation; John Steel, an individual; Dan Rhodes, an individual; Jonathan Lakey an individual; Procopio, Cory, Hargreaves, and Savitch, L.L.P., a California limited liability partnership; Michael J. Kinkelaar an individual; John C. O'Neill, an individual; Does 1-10, fictitious individuals; ABC Business Entities 1-10, fictitious business entities,<br><br>Defendants. | No. 3:12-cv-02969 MMA (RBB)<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Sand Dollar Partners, L.L.C. ("Sand Dollar") hereby submits this Notice of Settlement to notify the Court that this lawsuit has settled and the remaining parties have a fully-executed settlement agreement. The parties anticipate filing a stipulation for dismissal shortly after May 15, 2014, the date of the final settlement payment to Plaintiff.

///

///

DATED this 14th day of March, 2014.

                                        RUSING LOPEZ & LIZARDI, P.L.L.C.

                                        <u>s/ Patricia L. Victory</u>
                                        Michael J. Rusing
                                        Patricia L. Victory
                                        *Attorney for Plaintiff Sand Dollar Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the foregoing NOTICE OF SETTLEMENT to the Clerk's Office using the CM/ECF System for filing and thereby caused transmittal of a Notice of Electronic Filing to all counsel of record who are CM/ECF registrants in this matter.

DATED this 14th day of March, 2014.

/s/ Patricia L. Victory

RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Rd., Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800