MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SAND DOLLAR PARTNERS v. ISLET SCIENCES        Case No. 12cv2969 MMA(RBB)
                                               **Time Spent:** _____

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
        Plaintiffs                              Defendants

Michael Rusing                          Michael Kirby
Tim Reckart
Patricia Victory

PROCEEDINGS:  ____ In Chambers    ____ In Court    ____ Telephonic

The Court attempted to hold a telephonic attorneys-only case management conference. Defense counsel did not appear.

A continued telephonic attorneys-only case management conference is set for May 21, 2014, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: April 14, 2014        IT IS SO ORDERED:    /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Anello                            INITIALS: VL (mg) Deputy
    All Parties of Record