# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sand Dollar Partners, L.L.C., an Arizona limited liability company,<br><br>             Plaintiff,<br>v.<br><br>Islet Sciences, Inc., a Delaware corporation; John Steel, an individual; Dan Rhodes, an individual; Jonathan Lakey an individual; Procopio, Cory, Hargreaves, and Savitch, L.L.P., a California limited liability partnership; Michael J. Kinkelaar an individual; John C. O'Neill, an individual; Does 1-10, fictitious individuals; ABC Business Entities 1-10, fictitious business entities,<br><br>             Defendants. | No. 3:12-cv-02969 MMA (RBB)<br><br>**ORDER DENYING *EX PARTE* APPLICATION TO VACATE THE ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE (ECF NO. 76)** |

| | |
|---|---|
| 1 | Currently pending before this Court is Plaintiff Sand Dollar Partners, L.L.C.'s *Ex Parte* Application to Vacate the Order Following Early Neutral Evaluation Conference, Settling Rule 26 Compliance ECF No. 76) in Light of Settlement filed by Plaintiff Sand Dollar Partners, L.L.C. ("Plaintiff") and supporting Declaration of Patricia V. Waterkotte, counsel for Plaintiff. |

In light of prior unsuccessful attempts at settlement, the Court DENIES the Ex Parte Application. The parties may file a Joint Motion to Dismiss to terminate this matter.

DATED: April 14, 2014

/s/ Ruben Brooks
Ruben B. Brooks
United States Magistrate Judge