**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Patricia V. Waterkotte; pvictory@rllaz.com
California State Bar No. 240114
Michael J. Rusing; mrusing@rllaz.com
Arizona State Bar No. 006617 *Admitted Pro Hac Vice*

Attorneys for Plaintiff Sand Dollar Partners, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sand Dollar Partners, L.L.C., an Arizona limited liability company,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Islet Sciences, Inc., a Delaware corporation; John Steel, an individual; Dan Rhodes, an individual; Jonathan Lakey an individual; Procopio, Cory, Hargreaves, and Savitch, L.L.P., a California limited liability partnership; Michael J. Kinkelaar an individual; John C. O'Neill, an individual; Does 1-10, fictitious individuals; ABC Business Entities 1-10, fictitious business entities,<br><br>　　　　　　　　Defendants. | No. 3:12-cv-02969 MMA (RBB)<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT DAN RHODES WITHOUT PREJUDICE** |

TO THE COURT:

PLEASE TAKE NOTICE THAT Defendant Dan Rhodes is hereby dismissed as a defendant in this action, without prejudice, pursuant to Rule 41(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED this 19th day of May, 2014.

RUSING LOPEZ & LIZARDI, P.L.L.C.

/s/ Patricia V. Waterkotte
Mick Rusing
Patricia Victory Waterkotte
*Attorney for Plaintiff*
*Sand Dollar Partners, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the foregoing REQUEST FOR DISMISSAL OF DEFENDANT DAN RHODES WITHOUT PREJUDICE to the Clerk's Office using the CM/ECF System for filing and thereby caused transmittal of a Notice of Electronic Filing to all counsel of record who are CM/ECF registrants in this matter.

DATED this 19th day of May, 2014.

/s/ Marianne Masterson