**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Patricia V. Waterkotte; pvictory@rllaz.com
California State Bar No. 240114
Michael J. Rusing; mrusing@rllaz.com
Arizona State Bar No. 006617 *Admitted Pro Hac Vice*

Attorneys for Plaintiff Sand Dollar Partners, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sand Dollar Partners, L.L.C., an Arizona limited liability company,<br><br>             Plaintiff,<br><br>v.<br><br>Islet Sciences, Inc., a Delaware corporation; John Steel, an individual; Dan Rhodes, an individual; Jonathan Lakey an individual; Procopio, Cory, Hargreaves, and Savitch, L.L.P., a California limited liability partnership; Michael J. Kinkelaar an individual; John C. O'Neill, an individual; Does 1-10, fictitious individuals; ABC Business Entities 1-10, fictitious business entities,<br><br>             Defendants. | No. 3:12-cv-02969 MMA (RBB)<br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

TO THE COURT:

WHEREAS, this Joint Motion to Dismiss the Entire Action With Prejudice is submitted by Plaintiff Sand Dollar Partners, LLC ("Plaintiff") and Defendants Islet Sciences, Inc., John Steele and Jonathan Lakey ("Defendants") (collectively, the "Parties");

WHEREAS, the Parties have reached a complete resolution of Plaintiff's claims against Defendants in this action, memorialized by a September 2013 settlement agreement and a March 2014 first amendment to settlement agreement and mutual general release of all claims ("Settlement Agreement").

WHEREFORE, the Parties request that this Motion be granted and the entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated by the parties' Settlement agreement. The terms of the parties' Settlement Agreement shall be incorporated by reference into the dismissal order and this Court shall retain jurisdiction with respect to the Settlement Agreement.

DATED this 19th day of May, 2014.

RUSING LOPEZ & LIZARDI, P.L.L.C.        KIRBY NOONAN LANCE & HOGE LLP

/s/ Patricia Victory Waterkotte          /s/ Michael L. Kirby
Mick Rusing                              Michael L. Kirby
Patricia Victory Waterkotte              *Attorney for Defendants Islet Sciences, Inc.,*
*Attorney for Plaintiff*                   *John Steel, Jonathan Lakey*
*Sand Dollar Partners, LLC*

RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Rd., Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

3:12-cv-02969-MMA(RBB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the foregoing JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE to the Clerk's Office using the CM/ECF System for filing and thereby caused transmittal of a Notice of Electronic Filing to all counsel of record who are CM/ECF registrants in this matter.

DATED this 19th day of May, 2014.


/s/ Marianne Masterson