UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sand Dollar Partners, L.L.C., an Arizona limited liability company,<br><br>                    Plaintiff,<br>v.<br><br>Islet Sciences, Inc., et al.,<br>                    Defendants. | No. 3:12-cv-2969 MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 82] |

Currently pending before the Court is the Joint Motion to Dismiss filed by Plaintiff Sand Dollar Partners, LLC and Defendants Islet Sciences, Inc., John Steel, and Jonathan Lakey. Upon due consideration, and good cause appearing, the Court hereby **GRANTS** the joint motion. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Fees and costs are to be borne by each party pursuant to the terms of the parties' Settlement Agreement.

The Clerk of Court is instructed to terminate this action.

**IT IS SO ORDERED.**

DATED: MAY 20, 2014

_____
Hon. Michael M. Anello
United States District Judge